SEPTEMBER 23, 1981

No. A–43 (81–247). ALABAMA v. RITTER. Sup. Ct. Ala. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied. JUSTICE REHNQUIST dissents from the denial of the application for stay. He believes that upon consideration of Alabama's petition for certiorari, a majority of this Court will conclude that the case should be remanded to the Supreme Court of Alabama for such proceedings as may be appropriate under *California* v. *Krivda,* 409 U. S. 33, 35 (1972), and that therefore the traditional stay equities favor the applicant.

No. A–137 (81–463). BROWN, WARDEN v. VARGAS. C. A. 1st Cir. Application for stay, addressed to JUSTICE REHNQUIST and referred to the Court, denied.

No. A–142. ALANDER v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–144. METROPOLITAN COUNTY BOARD OF EDUCATION ET AL. v. KELLEY ET AL. Application to vacate the stay entered by the United States Court of Appeals for the Sixth Circuit, presented to JUSTICE REHNQUIST, and by him referred to the Court, denied.

No. A–152. MARTINS FERRY HOSPITAL ASSN. v. NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Application for stay, addressed to JUSTICE REHNQUIST and referred to the Court, denied.

No. A–157 (81–453). LaBRIOLA v. UNITED STATES. C. A. 2d Cir. Application for stay and/or recall of mandate, addressed to JUSTICE REHNQUIST and referred to the Court, denied.